DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THONIEL NOEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0586

[January 11, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2013-CF-001069-AXXX-MB.

Thoniel Noel, Mayo, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***